**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BORGWARNER ITHACA LLC,

*Plaintiff,*

Case No.

v.

Honorable

SCHAEFFLER AG,
a German Corporation,

&

SCHAEFFLER GROUP USA INC.,
a Michigan Corporation,

**JURY TRIAL DEMANDED**

*Defendants.*

# COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff BorgWarner Ithaca LLC ("BorgWarner"), hereby files this Complaint against Schaeffler AG ("Schaeffler AG") and Schaeffler Group USA Inc. ("Schaeffler USA") (collectively, "Schaeffler" or "Defendants") for infringement of United States Patent No. 7,194,992 ("the '992 patent"), which is attached as Exhibit 1.

## I. THE PARTIES

1. BorgWarner is a corporation organized and existing under the law of the State of Delaware and having a principal place of business at 3800 Automation Ave., #100, Auburn Hills, Michigan 48326.

2. Upon information and belief, Schaeffler AG is a corporation organized and existing under the law of the Federal Republic of Germany and has its principal place of business at Industriestraße 1-3, D-91074 Herzogenaurach, Germany. Schaeffler AG directly and indirectly owns, controls, operates and does business through a number of wholly-owned subsidiary legal entities in the United States in this judicial district, including, without limitation, Schaeffler USA.

3. Upon information and belief, Schaeffler USA is a corporation organized and existing under the laws of the State of Delaware, with a principal place of business at 1750 East Big Beaver Road, Troy, Michigan 48083 and having a registered agent at The Corporation Company, 40600 Ann Arbor Rd. E., Plymouth, Michigan 48170.

4. Schaeffler AG manufactures and sells automotive products throughout the world primarily through a number of subsidiary and/or affiliated legal entities, such as Schaeffler USA, which it directly or indirectly owns and controls. See, Exhibits 2 and 3.

5. Schaeffler AG has over 170 locations in more than 50 countries and a worldwide network of production sites, research and development centers, and sales locations. Ex. 2 at 2. Schaeffler AG divides its business operations into regions, that includes America and each region is managed by a Regional CEO who is represented on the Executive Board of Schaeffler AG. Ex. 2 at 4.

6. Schaeffler AG has an Automotive OEM division that partners with all major automotive manufacturers and the Automotive OEM division is subdivided into business divisions, such as Engine Systems BD. Ex. 3 at 1. The Automotive OEM division acts as a global supplier to the automotive sector. Ex. 3 at 2.

7. The Engine Systems BD develops and provides components and systems for engines, which include variable valve train systems and camshaft phasing systems. Ex. 3 at 1.

8. Defendants purport to be a worldwide leader in automotive products and camshaft phasing systems for vehicles manufactured by Original Equipment Manufacturers, such as General Motors and Ford, and for vehicles in the automotive aftermarket. Ex. 4 at 5.

## II. JURISDICTION AND VENUE

9. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code §1, *et seq.*

10. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1338(a) (jurisdiction over patent actions).

11. Venue in this District is proper under 28 U.S.C. §§ 1391(b) and (c) and 1400(b). Defendant Schaeffler AG is not a resident of the United States and may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3). Defendant Schaeffler USA regularly conducts business in this judicial district, has regular and established places of business in this judicial district, and/or has committed acts of infringement in this District, and because a substantial part of the acts and omissions giving rise to the claims occurred in this District.

12. This Court has personal jurisdiction over Defendants. Upon information and belief, Schaeffler AG and Schaeffler USA have conducted and continue to conduct business within the State of Michigan. Upon information and belief, Defendant Schaeffler AG, directly or through intermediaries such as Schaeffler USA (including distributors, retailers, and others) ships, imports, distributes, offers for sale, sells, and/or advertises its products and offers its products in the United States, the State of Michigan, and the Eastern District of Michigan. Upon information and belief, Defendants have voluntarily sold infringing products in the State of Michigan and, more particularly, within the Eastern District of Michigan. Upon information and

belief, Defendants have committed acts of patent infringement within the State of Michigan and, more particularly, within the Eastern District of Michigan.

## III. PATENT-IN-SUIT

13. The ’992 patent was duly and lawfully issued by the United States Patent and Trademark Office (“PTO”) on March 27, 2007. The ’992 patent issued from an application filed December 20, 2004, titled “Hydraulic Cushioning of a Variable Valve Timing Mechanism.” The ’992 patent was filed as a continuation-in-part application from United States Patent No. 6,866,013 that was filed February 28, 2003, which claims priority to a provisional patent application filed April 19, 2002. A true and correct copy of the ’992 patent is attached as Exhibit 1.

14. BorgWarner is the exclusive licensee to make, have made, use, sell, offer for sale, import, and export any products covered by and to bring any actions to enforce the ’992 patent to collect past, present and future damages and to seek and obtain injunctive or any other relief for infringement of the ’922 patent.

15. The ’992 patent pertains to the field of variable cam timing (VCT) systems. More particularly, the invention pertains to variable cam timing systems having hydraulic cushioning.

### VARIABLE CAM TIMING SYSTEMS

16. Vehicle internal combustion engine performance can be improved by

using variable cam timing (VCT) systems, such as in terms of idle quality, fuel economy, reduced emissions and/or increased torque.

17. By way of background, below is a schematic of an exemplary internal combustion engine that has an engine block with a crankshaft (shown orange) and a piston (shown yellow) disposed therein. The crankshaft transforms the linear motion of the piston, or stroke, into rotational motion. During the linear motion, the piston moves between a “top dead center” (TDC) position when the piston is at a top of its stroke and a “bottom dead center” (BDC) when the piston is at a bottom of its stroke. Ex. 1, col. 11, l. 40-45. The piston is in a cylinder that has valves (shown blue/purple) located adjacent a top of the cylinder. The valves allow air and/or fuel to enter into and exhaust from the cylinder. The valves for allowing air and/or fuel to enter into the cylinder are, more specifically, referred to as inlet/intake valves, and the valves for allowing air and/or fuel to exhaust from the cylinder are, more specifically, referred to as exhaust valves. Valve timing is the synchronized opening and closing of the valves in relation to the position of the piston. The valves are driven by at least one camshaft (shown red) that has a sprocket attached at one end. The sprocket is connected to the crankshaft by a belt or a chain, such that the crankshaft drives the camshaft. Ex. 1, col. 11, l. 39-40. Typically, one engine cycle is two complete rotations of the crankshaft and one complete rotation of the camshaft (i.e., camshafts rotate at half the speed of

crankshafts).




18. The valves and the piston move between four different stages: intake stroke, compression stroke, power stroke, and exhaust stroke. Each of the stages is shown below.






19. In the exemplary internal combustion engine illustrated above, there is one camshaft driving the inlet/intake valves and another camshaft driving the exhaust valves. Lobes (or cams) are supported by the camshaft to open and close the valves. Ex. 1, col. 10, line 31. Other types of engines may include four camshafts as shown below:



Even further, other types of engines may have a single camshaft driving both the inlet/intake and exhaust valves using different lobes. Ex. 1, col. 10, l. 29-35.

20. The VCT system, which may also be referred to as a variable valve timing system, allows the camshaft to be phased (or repositioned in rotation) relative to the crankshaft while the engine is running. The VCT system is one of the engine airflow management tools that allows for adjustment of the timing of valve events relative to the crankshaft.

21. In the exemplary engines shown above, at least one phaser (shown pink) is connected to one of the camshafts. In the below exploded illustration, the phaser is generally shown having a housing with a rotor (shown blue) that rotates within the housing. The rotor has vanes extending outwardly and it can have various numbers and shapes of vanes. Ex. 1, col. 11, l. 25-28. Working hydraulic chambers are created by the vanes of the rotor. Ex. 1, col. 10, l. 36-40. The housing is supported on the

sprocket which is attached to the camshaft, or the rotor can be attached to the camshaft. Ex. 1, col. 11, l. 6-8. A face plate of the phaser is removed to show the inside of the phaser. The phaser may also include a lock pin to secure the rotor in a desired position. Ex. 1, col. 11, l. 12-15.




The circumferential length of the chamber in the housing determines the relative phase travel of the camshaft relative to the sprocket and the housing.

22. Each internal combustion engine is tuned to optimize performance, by amongst other things, setting a default timing position of the valves. The opening and closing of the valves can be advanced by rotating the rotor into an advanced position or retarded by rotating the rotor into a retarded position. For engines that have intake and exhaust camshafts with each having their own phasers, the default timing position can be set accordingly. As an example, a default position for an exhaust phaser may

be in a full advanced position, which corresponds to the rotor being fully rotated in one direction. The default position for an intake phaser may be in a full retarded position, which corresponds to the rotor being fully rotated in the other direction.

23. Certain engine performance can be improved by advancing or retarding the respective phasers. For instance, advancing the intake phaser increases the effective compression ratio and power, whereas retarding the intake phaser increases fuel economy. Retarding the exhaust phaser reduces emissions from the engine.

24. In the below illustration, a cross-sectional view of the phaser is shown having the housing (shown pink) and the rotor (shown blue) being rotated counterclockwise until the vane contacts the housing resulting in a fully retarded position.




25. In the below illustration, a cross-sectional view of the phaser is shown

having the housing (shown pink) and the rotor (shown blue) being rotated clockwise until the vane contacts the housing resulting in a fully advanced position.




26. In the below illustration, a cross-sectional view of the phaser is shown having the housing (shown pink) and the rotor (shown blue) being held in a hold position.



27. Pressurized fluid, such as oil, is supplied to the phaser to move between the retarded and advanced positions as well as maintain the hold position of the rotor. The positioning of the rotor is accomplished by exhausting, or draining, fluid from one chamber while simultaneously filling the opposing chamber. This causes the VCT system to move the camshaft relative to the crankshaft resulting in a phase position.

28. The rate of change of the camshaft is determined in part by how fast the fluid can exhaust from the chamber that is being drained. As the rotor of the VCT system reaches the end of its travel limited by the chamber of the housing, the rotor will impact the housing and cause undesirable noise. The repeated contact can also lead to failure of the phaser.

29. The ’992 patent provides a phaser that reduces the noise at the end of travel and keeps suitable rate of change in the phase position of the camshaft by employing a cushion stop as the rotor approaches the housing.

30. As shown below in annotated Figures 2A and 6, the ’992 patent discloses a variable cam timing phaser for an internal combustion engine that includes a housing 201 (shown pink) and a rotor 202 with vanes 205 (shown blue below). Ex. 1, col. 6, l. 45-63. The vanes separate chambers in the housing defined by an arcuate outer wall, an advance wall 216 and a retard wall 218 into advance and retard chambers 206, 207. Advance passage 213 and retard passage 212 route pressurized

fluid to the advance chamber 206 and the retard chamber 207 respectively which rotates the rotor 202.

Fig. 2A




Fig. 6




31. The fluid entering the retard chamber 207 forces the vane 205 to move to the left as shown to a retard position, where the first wall 215 of the vane 205 and the advance wall 216 of the housing 201 form a fluid pocket 228. Fluid moves from the fluid pocket 228 to passage 230, where the fluid is restricted or obstructed between the housing 201 and the circumference 220 of the rotor 202. Ex. 1, col. 7, l. 3-10.

32. From the passage 230, fluid exits through advance passage 213. Since fluid is restricted upon exit from the advance chamber 206 in the passage 230, the movement of the vane 205 is also slowed as it nears the advance wall 216 of the chamber, cushioning the vane from impact with the advance wall 216. Ex. 1, col. 7, l. 11-19.

33. The passage 230 prevents the vane 205 from slamming against the advance wall 216 of the chamber of the housing 201. Ex. 1, col. 7, l. 22-25.

34. The phaser disclosed and claimed in the ’992 patent may be used in any type of VCT phaser including Cam Torque Actuated (CTA), oil pressure actuated (OPA), or torsion assist (TA) phasers as are known in the industry. Ex. 1, col. 7, l. 47-50.

35. The rate of change of the camshaft is determined, in part, by how fast fluid can exhaust from the resisting hydraulic chamber. As the rotor of the VCT system reaches the end of its travel, as limited by the housing, the rotor will impact the housing and cause undesirable noise. The invention of the ’992 patent permits the fluid to exhaust normally from the hydraulic chamber and thus does not limit the actuation rate of the VCT during normal phasing until the rotor nears the end of its travel. At this point, the exhaust port would be restricted by the close clearance between the rotor and the housing. Ex. 1, col. 8, l. 8-18. In other words, the ’992 patent decelerates the rotor to a stop, thus limiting the impact energy with which the rotor impacts the housing. Ex. 1, col. 8, l. 31-34.

## IV. SCHAEFFLER’S VARIABLE CAM TIMING SYSTEM

36. Upon information and belief, since at least 2013, Schaeffler manufactured, imported, offered for sale, and sold certain phasers that infringe the

’992 patent, and continues to do the same.

37. Specifically, without being limited hereto, it is believed that Schaeffler provides variable cam timing systems to General Motors and Ford that have a phaser with a cushioned stop.

38. As one example, upon information and belief, Schaeffler manufactures a phaser for General Motors having a part number 12662599 used in, at least, Corvette Z06, Camaro ZL1, and CTS-V engines that were manufactured since at least 2015.

39. Part number 12662599 is a variable cam timing phaser, which is shown partially disassembled below.



40. Part number 12662599 has a housing with an outer circumference for accepting drive force and at least one chamber defined by an advance wall, an arcuate outer wall, and a retard wall.

41. Part number 12662599 has a rotor for connection to a camshaft coaxially located within the housing and having an outer circumference, and at least one vane projecting from the outer circumference of the rotor. The vanes separate the chamber into an advance chamber and a retard chamber. Each of the vanes has a first wall, a second wall, and a top and is capable of movement within the chamber to shift the relative angular position of the housing and the rotor, as shown below.





42. Part number 12662599 has a first passage facilitating fluid communication to a first port in the advance or retard chamber and a second passage facilitating fluid communication to a second port in the other advance or retard chamber.

43. Part number 12662599 has at least one port being spaced apart from the

first wall or second wall of the vane a length along the outer circumference of the rotor sufficient such that before the vane contacts the advance wall or the retard wall, the first passage or the second passage is completely closed except for fluid from a restriction passage formed between the housing and the length of the outer circumference of the rotor.

44. As shown in the exploded view below, the port is completely closed except for fluid from a restriction passage formed between the housing and the length of the outer circumference of the rotor.





In the above example, the rotor has been raised axially to show the port after rotating underneath the housing.

45. Upon information and belief, when the vane of Part number 12662599 is moved within the chamber towards the advance wall or the retard wall of the housing, the length of the outer circumference of the rotor between the first passage or the second passage and the first wall or the second wall of the vane respectively is positioned such that the restriction passage is formed between the housing and the length of the outer circumference of the rotor, restricting fluid flow into the first passage or the second passage, cushioning impact of the vane with the advance wall or the retard wall.

46. As another example, upon information and belief, Schaeffler

manufactures a phaser for General Motors having a part number 12585994 used in, at least, Silverado, Sierra, Suburban, Yukon XL, Yukon, Tahoe, Express, and Savana engines that were manufactured between, at least, 2013-2017.

47. Upon information and belief, part number 12585994 is a variable cam timing phaser, which is shown partially disassembled below.



48. Part number 12585994 has a housing with an outer circumference for accepting drive force and at least one chamber defined by an advance wall, an arcuate outer wall, and a retard wall.

49. Part number 12585994 has a rotor for connection to a camshaft coaxially located within the housing and having an outer circumference, and at least one vane projecting from the outer circumference of the rotor. The vanes separate the chamber

into an advance chamber and a retard chamber. Each of the vanes has a first wall, a second wall, and a top and is capable of movement within the chamber to shift the relative angular position of the housing and the rotor, as shown below.




50. Part number 12585994 has a first passage facilitating fluid communication to a first port in the advance or retard chamber and a second passage facilitating fluid communication to a second port in the other advance or retard chamber.

51. Part number 12585994 has at least one port being spaced apart from the first wall or second wall of the vane a length along the outer circumference of the rotor sufficient such that before the vane contacts the advance wall or the retard wall, the first passage or the second passage is completely closed except for fluid from a restriction passage formed between the housing and the length of the outer circumference of the rotor.

52. As shown in the exploded view below, the port is completely closed

except for fluid from a restriction passage formed between the housing and the length of the outer circumference of the rotor.





In the above example, the rotor has been raised axially to show the port after rotating underneath the housing.

53. Upon information and belief, when the vane of Part number 12585994 is moved within the chamber towards the advance wall or the retard wall of the housing, the length of the outer circumference of the rotor between the first passage or the second passage and the first wall or the second wall of the vane respectively is positioned such that the restriction passage is formed between the housing and the length of the outer circumference of the rotor, restricting fluid flow into the first passage or the second passage, cushioning impact of the vane with the advance wall or the retard wall.

54. As yet another example, upon information and belief, Schaeffler manufactures a phaser for General Motors having a part number 12623368 used in, at least, Silverado, Sierra, Suburban, Yukon XL, Yukon, Tahoe, and Escalade engines that were manufactured between, at least, 2014-present.

55. Upon information and belief, part number 12623368 is a variable cam timing phaser, which is shown partially disassembled below.



56. Part number 12623368 has a housing with an outer circumference for accepting drive force and at least one chamber defined by an advance wall, an arcuate outer wall, and a retard wall.

57. Part number 12623368 has a rotor for connection to a camshaft coaxially located within the housing and having an outer circumference, and at least one vane projecting from the outer circumference of the rotor. The vanes separate the chamber into an advance chamber and a retard chamber. Each of the vanes has a first wall, a second wall, and a top and is capable of movement within the chamber to shift the relative angular position of the housing and the rotor, as shown below.

 

58. Part number 12623368 has a first passage facilitating fluid communication to a first port in the advance or retard chamber and a second passage facilitating fluid communication to a second port in the other advance or retard chamber.

59. Part number 12623368 has at least one port being spaced apart from the first wall or second wall of the vane a length along the outer circumference of the rotor sufficient such that before the vane contacts the advance wall or the retard wall, the first passage or the second passage is completely closed except for fluid from a restriction passage formed between the housing and the length of the outer circumference of the rotor.

60. As shown in the exploded view below, the port is completely closed except for fluid from a restriction passage formed between the housing and the length of the outer circumference of the rotor.





In the above example, the rotor has been raised axially to show the port after rotating underneath the housing.

61. Upon information and belief, when the vane of Part number 12623368 is

moved within the chamber towards the advance wall or the retard wall of the housing, the length of the outer circumference of the rotor between the first passage or the second passage and the first wall or the second wall of the vane respectively is positioned such that the restriction passage is formed between the housing and the length of the outer circumference of the rotor, restricting fluid flow into the first passage or the second passage, cushioning impact of the vane with the advance wall or the retard wall.

62. As still another example, upon information and belief, Schaeffler manufactures a phaser for General Motors having a part number 12630091 used in, at least, Silverado and Sierra engines that were manufactured between, at least, 2014-present.

63. Upon information and belief, part number 12630091 is a variable cam timing phaser, which is shown partially disassembled below.



64. Part number 12630091 has a housing with an outer circumference for accepting drive force and at least one chamber defined by an advance wall, an arcuate outer wall, and a retard wall.

65. Part number 12630091 has a rotor for connection to a camshaft coaxially located within the housing and having an outer circumference, and at least one vane projecting from the outer circumference of the rotor. The vanes separate the chamber into an advance chamber and a retard chamber. Each of the vanes has a first wall, a second wall, and a top and is capable of movement within the chamber to shift the relative angular position of the housing and the rotor, as shown below.



66. Part number 12630091 has a first passage facilitating fluid communication to a first port in the advance or retard chamber and a second passage facilitating fluid communication to a second port in the other advance or retard chamber.

67. Part number 12630091 has at least one port being spaced apart from the first wall or second wall of the vane a length along the outer circumference of the rotor sufficient such that before the vane contacts the advance wall or the retard wall, the first passage or the second passage is completely closed except for fluid from a restriction passage formed between the housing and the length of the outer circumference of the rotor.

68. As shown in the exploded view below, the port is completely closed except for fluid from a restriction passage formed between the housing and the length of the outer circumference of the rotor.



In the above example, the rotor has been raised axially to show the port after rotating underneath the housing.

69. Upon information and belief, when the vane of Part number 12630091 is moved within the chamber towards the advance wall or the retard wall of the housing, the length of the outer circumference of the rotor between the first passage or the second passage and the first wall or the second wall of the vane respectively is positioned such that the restriction passage is formed between the housing and the length of the outer circumference of the rotor, restricting fluid flow into the first passage or the second passage, cushioning impact of the vane with the advance wall or the retard wall.

70. For the same reason discussed above for part number 12662599, upon

information and belief, part number 12630091 has each of the same features.

71. As yet still another example, upon information and belief, Schaeffler manufactures a phaser having part number 3R2Z-6A257-DA for Ford that is used in, at least, a 5.4 L engine that is a variable cam timing phaser manufactured since at least 2013, which is shown partially disassembled below:



72. Part number 3R2Z-6A257-DA has a housing with an outer circumference for accepting drive force and at least one chamber defined by an advance wall, an arcuate outer wall, and a retard wall.

73. Part number 3R2Z-6A257-DA has a rotor for connection to a camshaft coaxially located within the housing and having an outer circumference, and at least one vane projecting from the outer circumference of the rotor. The vanes separate the

chamber into an advance chamber and a retard chamber. Each of the vanes has a first wall, a second wall, and a top and is capable of movement within the chamber to shift the relative angular position of the housing and the rotor, as shown below.





74. Part number 3R2Z-6A257-DA has a first passage facilitating fluid communication to a first port in the advance or retard chamber and a second passage facilitating fluid communication to a second port in the other advance or retard chamber.

75. Part number 3R2Z-6A257-DA has at least one port being spaced apart from the first wall or second wall of the vane a length along the outer circumference of the rotor sufficient such that before the vane contacts the advance wall or the retard wall, the first passage or the second passage is completely closed except for fluid from a restriction passage formed between the housing and the length of the outer circumference of the rotor.

76. As shown in the exploded view below, the port is completely closed

except for fluid from a restriction passage formed between the housing and the length of the outer circumference of the rotor.





In the above example, the rotor has been raised axially to show the port after rotating underneath the housing.

77. Upon information and belief, when the vane of Part number 3R2Z-6A257-DA is moved within the chamber towards the advance wall or the retard wall of the housing, the length of the outer circumference of the rotor between the first passage or the second passage and the first wall or the second wall of the vane respectively is positioned such that the restriction passage is formed between the housing and the length of the outer circumference of the rotor, restricting fluid flow into the first passage or the second passage, cushioning impact of the vane with the advance wall or the retard wall.

## COUNT I - PATENT INFRINGEMENT

## INFRINGEMENT OF U.S. PATENT NO. 7,194,992

78. Plaintiff repeats and realleges paragraphs 1 through 77 of this Complaint as though set forth fully herein.

79. Defendants have, on information and belief, infringed and continue to directly infringe the ’992 patent pursuant to 35 U.S.C. § 271(a) by making, importing, using, selling, and/or offering to sell in the United States the phasers set forth above.

80. Upon information and belief, Defendants have engaged in acts of direct infringement by themselves and through agents acting in combination, such agents

including, for example, and without limitation, distributors, suppliers and others.

81. Defendants have written notice of their infringement at least by virtue of the filing of this Complaint.

82. Upon information and belief, the foregoing acts of infringement by Defendants have been willful, intentional and purposeful, in disregard of and indifferent to Plaintiff's rights.

83. Defendants' continuing infringement of the '992 patent irreparably harms Plaintiff, and Plaintiff will continue to suffer irreparable harm absent entry of a permanent injunction pursuant to 35 U.S.C. § 283 enjoining Defendants and their agents, servants, employees, representatives, affiliates, and all others acting with them, from infringing the '992 patent.

84. Defendants' infringement has caused and continues to cause damage to Plaintiff and Plaintiff is entitled to recover damages in an amount subject to proof at trial pursuant to 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

A. A judgment that Defendants are and have been infringing the '992 patent;

B. A permanent injunction, issued under 35 U.S.C. § 283, restraining and enjoining Defendants and its respective officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with each or any of them,

from directly and indirectly committing, aiding, encouraging, enabling, inducing, causing, materially contributing to, or otherwise facilitating the infringement of the ’992 patent as described in this action;

C. Requiring that Defendants render a full and complete accounting to BorgWarner for Defendants’ profits, gains, advantages or the value of business opportunities received from its acts of infringement;

D. Requiring that Defendants pay BorgWarner damages, together with interest and costs as fixed by the court, to compensate BorgWarner for Defendants’ infringement of the ’992 patent;

E. A declaration that this case is an exceptional case and an award of attorneys’ fees under 35 U.S.C. § 285;

F. Determining that Defendants’ conduct has been willful and deliberate and enhancing by three-fold the damages that Defendant must pay BorgWarner pursuant to 35 U.S.C. § 284;

G. An award for BorgWarner of adequate interest payments (including pre-judgment and post-judgment interest payments) at the maximum rate provided by law in connection with the damages;

H. In the event a final injunction is not awarded, awarding a compulsory ongoing royalty;

I. Such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury for each and every issue so permitted by law and statute.

Respectfully submitted,

By: /s/ Kristopher K. Hulliberger
Kristopher K. Hulliberger (P66903)
David M. LaPrairie (P57800)
Christopher J. Worrel (P75441)
450 West Fourth Street
Royal Oak, Michigan 48067
(248) 723-0453 – direct
(248) 645-1568 – fax
KHulliberger@howardandhoward.com

*Attorneys for Plaintiff*

Date: April 13, 2020